UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE WILLIAMS,                )
                                )
            Plaintiff,          )    Case No. 5:06-cv-78
                                )
v.                              )    Honorable Wendell A. Miles
                                )
UNKNOWN SHEPPARD et al.,        )
                                )
            Defendants.         )
_____)

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).


Dated: June 28, 2006                        /s/ Wendell A. Miles
                                            Wendell A. Miles
                                            Senior U.S. District Judge